**Form 129**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Margaret L. Pospisil**
**fka Margaret L. Andrus**
   Debtor(s)

Bankruptcy Case No.: 18–20618–TPA

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Robert H. Slone, Trustee is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: July 18, 2018

<u>Thomas P. Agresti</u>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-20618-TPA
Margaret L. Pospisil                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin          Page 1 of 1          Date Rcvd: Jul 18, 2018
                             Form ID: 129          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
db              +Margaret L. Pospisil,    419 Buckeye Street,    Greensburg, PA 15601-5211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
          James  Warmbrodt   on behalf of Creditor   The Bank of New York Mellon as Trustee for CWABS, Inc.
          Asset-Backed Certificates, Series 2005-4 bkgroup@kmllawgroup.com
          Maureen  Kroll   on behalf of Debtor Margaret L. Pospisil maureen@mkroll.comcastbiz.net,
          lisa@mkroll.comcastbiz.net
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Robert H. Slone, Trustee   robertslone223@gmail.com,   rslone@pulsenet.com;pa07@ecfcbis.com
                                                                              TOTAL: 4